UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AKNO 1010 MARKET STREET ST. LOUIS MISSOURI LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NAHID POURTAGHI,<br><br>Defendant. | 2:18-CV-13498-TGB<br><br>JUDGMENT<br><br>HONORABLE<br>TERRENCE G. BERG |

For the reasons stated in the Memorandum and Order entered on August 26, 2021, judgment is entered in favor of Defendant and against Plaintiff and the case is DISMISSED with prejudice.

              KINIKIA ESSIX
              CLERK OF THE COURT

Dated: August 26, 2021     By: s/A. Chubb _____
              Deputy Clerk

APPROVED AS TO FORM:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE